UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

               Plaintiff,

- against -

TWO MILLION EIGHTY THOUSAND DOLLARS
AND NO CENTS ($2,080,000.00) IN UNITED
STATES CURRENCY, MORE OR LESS, SEIZED
ON OR ABOUT MARCH 5, 2013, FORMERLY ON
DEPOSIT IN MORGAN STANLEY SMITH BARNEY
ACCOUNT NO. 253-040072 IN THE NAME
AND/OR FOR THE BENEFIT OF STAN TOMCHIN,
AND ALL PROCEEDS TRACEABLE THERETO,
et al.,

               Defendants In Rem.
-----------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
13-cv-02077 (CBA) (SMG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 22 2014 ★
BROOKLYN OFFICE

AMON, Chief United States District Judge.

On August 7, 2014, the government submitted a letter indicating that it had reached a settlement with Claimant Stanley Tomchin regarding his claim to $2,080,000 in United States currency named as a defendant in this in rem forfeiture action. The government indicated that it would submit a proposed partial decree of forfeiture in accordance with the terms of that settlement agreement. The Court orders that the proposed forfeiture decree must be submitted by September 5, 2014.

     SO ORDERED.

Dated: Brooklyn, New York
       August 21, 2014

s/Carol Bagley Amon

Carol Bagley Amon
Chief United States District Judge

1